[L. A. No. 7009. In Bank.—August 4, 1921.]

JOHN A. WOLLENSHLAGER et al., Appellants, v. ANDREW RIEGEL et al., Respondents.

[1] SUPERSEDEAS — STAY OF EXECUTION SALE — LACK OF POWER OF SUPREME COURT.—The supreme court is without power to grant a *supersedeas* to stay an execution sale in a case in which the trial court refused an injunction to stay such sale.

APPLICATION for a Writ of Supersedeas. Denied.

The facts are stated in the opinion of the court.

John B. Haas for Appellants.

THE COURT.—The petition of appellants for a *supersedeas* shows that the action in the court below was to procure an injunction to stay an execution sale. The injunction was refused. Appellants ask a *supersedeas* to stay the execution which they sought to have enjoined in the court below. The effect would be that this court would grant the injunction which the court below refused to grant. [1] It is well established that this court is without power to exercise

original jurisdiction of this character. (*Napa etc. Co.* v. *Calistoga etc. Co.*, 174 Cal. 411, [163 Pac. 497]; *Hicks* v. *Michael,* 15 Cal. 109.)

The application for a *supersedeas* is denied.